1

2

3

4          UNITED STATES DISTRICT COURT

5          NORTHERN DISTRICT OF CALIFORNIA

6

7    JAVAR LESTER BLUEFORD,                    Case No. 19-cv-00915-PJH

            Plaintiff,
8
                                              **ORDER DENYING MOTION TO**
9          v.                                 **APPOINT COUNSEL**

10   KELLY GREEN, et al.,                      Re: Dkt. No. 23

            Defendants.
11

12

13          This is a civil rights case brought pro se by a prisoner.  Plaintiff has filed a motion

14   to appoint counsel.  There is no constitutional right to counsel in a civil case, *Lassiter v.*

15   *Dep't of Social Services*, 452 U.S. 18, 25 (1981), and although district courts may

16   "request" that counsel represent a litigant who is proceeding in forma pauperis, as

17   plaintiff is here, see 28 U.S.C. § 1915(e)(1), that does not give the courts the power to

18   make "coercive appointments of counsel." *Mallard v. United States Dist. Court*, 490 U.S.

19   296, 310 (1989).

20          The Ninth Circuit has held that a district court may ask counsel to represent an

21   indigent litigant only in "exceptional circumstances," the determination of which requires

22   an evaluation of both (1) the likelihood of success on the merits and (2) the ability of the

23   plaintiff to articulate his claims pro se in light of the complexity of the legal issues

24   involved.  *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991).  Plaintiff has presented

25   his claim adequately, and the issues are not complex.  If this case proceeds to trial

26   plaintiff may renew his request for appointment of counsel.  Due to plaintiff's difficulties

27   preparing his opposition to the summary judgment motion he will be provided an

28   extension to prepare the document and obtain discovery.  Therefore, the motion to

1 appoint counsel (Docket No. 23) is **DENIED**.  GOOD CAUSE APPEARING, plaintiff may

2 have until **January 21, 2020**, to file an opposition to the motion for summary judgment.

3 Failure to file an opposition may result in the dismissal of this action.

4        **IT IS SO ORDERED.**

5 Dated: December 4, 2019

6

7                                                                    */s/ Phyllis J. Hamilton*

8                                                                    PHYLLIS J. HAMILTON
                                                                      United States District Judge

9